# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# DELTA DIVISION

**JERMAINE DUANE IRVIN**  
Reg #45966-177                                                             **PETITIONER**

v.                              No. 2:23-cv-7-DPM

**CHAD GARRETT, Warden,**  
**FCI-Forrest City, AR**                                                   **DEFENDANT**

## ORDER

Unopposed recommendation, *Doc. 38-1*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). The Court has reviewed Irvin's recent filings, *Doc. 40 & 41*. They do not contain any objections to the recommendation.

All pending motions, *Doc. 19, 24, 27, 32 & 35*, are denied as moot. Irvin's § 2241 petition will be dismissed without prejudice. The Court directs the Clerk to place Irvin on the restricted filer list because he has become a serial vexatious litigant. *In re Tyler*, 839 F.2d 1290, 1290-95 (8th Cir. 1988) (*per curiam*).

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

12 February 2025