IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
DELTA DIVISION

JERMAINE DUANE IRVIN                                              PETITIONER
Reg #45966-177

v.                              No. 2:23-cv-7-DPM

CHAD GARRETT, Warden,
FCI-Forrest City, AR                                                DEFENDANT

## JUDGMENT

Irvin's § 2241 petition is dismissed without prejudice.

*[signature]*
D.P. Marshall Jr.
United States District Judge

12 February 2025